```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17412
   SCOTT A HARRIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9076


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/30/2006 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 12/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG         .00            .00            .00
WELLS FARGO BANK           MORTGAGE ARRE     5314.50            .00        5314.50
CITIFINANCIAL AUTO CREDI   SECURED VEHIC     7900.00         913.70        3686.30
CITIFINANCIAL AUTO CREDI   UNSEC W/INTER     2251.02         116.73        1317.03
DEUTSCHE BANK NATIONAL T   UNSEC W/INTER   NOT FILED            .00            .00
PREMIER BANCARD CHARTER    UNSEC W/INTER      126.50           5.56          64.20
NELNET                     UNSEC W/INTER   NOT FILED            .00            .00
REAL TIME RESOLUTION       SECURED NOT I         .00            .00            .00
NEW CENTURY MORTGAGE COR   CURRENT MORTG         .00            .00            .00
NEW CENTURY MORTGAGE COR   SECURED NOT I    25660.43            .00            .00
ISAC                       UNSEC W/INTER     3100.34         160.77        1814.00
CRYSTAL BRANCH             NOTICE ONLY     NOT FILED            .00            .00
JAMIE RACHEL               NOTICE ONLY     NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSEC W/INTER   NOT FILED            .00            .00
NEW CENTURY CITY MTG COR   NOTICE ONLY     NOT FILED            .00            .00
SCOTT A HARRIS             NOTICE ONLY     NOT FILED            .00            .00
TOM VAUGHN                 NOTICE ONLY     NOT FILED            .00            .00
OFFICE OF THE US TRUSTEE   NOTICE ONLY     NOT FILED            .00            .00
REAL TIME RESOLUTION       UNSEC W/INTER    37764.94        1618.00       11643.38
NELLA E MARIANI            DEBTOR ATTY      1,600.00                       1,600.00
TOM VAUGHN                 TRUSTEE                                         2,123.06
DEBTOR REFUND              REFUND                                          1,186.87

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              31,564.10

PRIORITY                                       .00
SECURED                                   9,000.80
   INTEREST                                 913.70

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 17412 SCOTT A HARRIS
```

```
UNSECURED                                                    14,838.61
    INTEREST                                                  1,901.06
ADMINISTRATIVE                                                1,600.00
TRUSTEE COMPENSATION                                          2,123.06
DEBTOR REFUND                                                 1,186.87
                                   ----------------    ----------------
TOTALS                                    31,564.10           31,564.10
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/18/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```